# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| GPNE CORP., <br><br> Plaintiff, <br><br> v. <br><br> LKQ CORPORATION, <br><br> Defendant. | Civil Action No. 1:14-cv-1417 <br><br> Honorable Harry D. Leinenweber <br> Presiding Judge <br><br> Magistrate Jeffrey Cole <br><br> **JURY TRIAL DEMANDED** |

## STIPULATED JOINT MOTION FOR DISMISSAL

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the parties, recognizing and agreeing that all claims in this action relate only to products, systems or services provided by Geotab Inc. ("Geotab Products"), hereby move for an order in the form attached hereto dismissing only the claims in this action limited to Geotab Products WITH PREJUDICE, and dismissing all remaining potential claims for infringement unrelated to Geotab Products WITHOUT PREJUDICE. Each party will bear its own costs and attorneys' fees in this action.

A proposed order is filed herewith.

Dated: November 5, 2014

*/s/ Daniel R. Ferri*
Timothy J. Haller
Daniel R. Ferri
NIRO, HALLER & NIRO
181 West Madison Street, Suite 4600
Chicago, IL 60602
Phone: (312) 236-0733
Fax: (312) 236-3137
haller@nshn.com
dferri@ nshn.com

OF COUNSEL:

George Pazuniak
O'KELLY ERNST & BIELLI, LLC
901 North Market Street
Suite 1000
Wilmington, DE 19801
Phone: (302) 478-4230
Fax: (302) 295-2873
gp@del-iplaw.com

*Attorneys for Plaintiff GPNE Corp.*


/s/  Jason A. Engel
Alan L. Barry
Jason A. Engel
K&L GATES LLP
70 West Madison Street, Suite 3100
Chicago, IL 60602-4207
Phone: (312) 372-1121
Fax: (312) 827-8000
alan.barry@klgates.com
jason.engel@klgates.com

Bruce C. Haas (admitted *pro hac vice*)
John D. Carlin (admitted *pro hac vice*)
FITZPATRICK, CELLA, HARPER & SCINTO
1290 Avenue of the Americas
New York, NY  10104-3800
Phone: (212) 218-2100
Fax: (212) 218-2200
bhaas@fchs.com
jcarlin@fchs.com

*Attorneys for Defendant LKQ Corporation*

## CERTIFICATE OF SERVICE

I hereby certify that I caused a true and correct copy of the foregoing document to be served on November 5, 2014, upon the following in the manner indicated:

| | |
|---|---|
| George Pazuniak | *VIA ELECTRONIC MAIL* |
| O'KELLY ERNST & BIELLI, LLC | |
| 901 North Market Street | |
| Suite 1000 | |
| Wilmington, DE 19801 | |
| Phone: (302) 478-4230 | |
| Fax: (302) 295-2873 | |
| gp@del-iplaw.com | |

*Of Counsel for GPNE Corp.*

| | |
|---|---|
| Alan L. Barry | *VIA THE COURT'S ECF SYSTEM* |
| Jason A. Engel | |
| K&L GATES LLP | |
| 70 West Madison Street, Suite 3100 | |
| Chicago, IL 60602-4207 | |
| Phone: (312) 372-1121 | |
| Fax: (312) 827-8000 | |
| alan.barry@klgates.com | |
| jason.engel@klgates.com | |

Bruce C. Haas (admitted *pro hac vice*)
John D. Carlin (admitted *pro hac vice*)
FITZPATRICK, CELLA, HARPER & SCINTO
1290 Avenue of the Americas
New York, NY 10104-3800
Phone: (212) 218-2100
Fax: (212) 218-2200
bhaas@fchs.com
jcarlin@fchs.com

*Attorneys for LKQ Corporation*

                                                */s/ Daniel R. Ferri*
                                                Daniel R. Ferri